JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO FELIX-FELIX,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>J. ENGLEMAN, Warden,<br><br>　　　　Respondent. | Case No. CV 23-1722 CJC (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 7, 2023

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE